UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JERRY DORAN,

      Plaintiff,

  v.

JJ MOTELS, et al.,

      Defendants.

NO. CIV. S-04-0003 FCD PAN

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Plaintiff's Motion for Attorney Fees is continued to August 26, 2005 at 10:00 a.m.  Defendants' shall file and serve their opposition brief or notice of non-opposition no later than August 12, 2005.  The Plaintiff may file and serve a reply on or before August 19, 2005.

    2.  Defendants' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

     3.   Defendants' counsel shall file his response to the order to show cause on or before August 12, 2005.

     4.   A hearing on the order to show cause will follow the hearing on the Motion for Attorney Fees.

     IT IS SO ORDERED.

DATED: August 2, 2005.


                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
                              UNITED STATES DISTRICT JUDGE

2