UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JERRY DORAN,

        Plaintiff,

   v.

JJ MOTELS dba SUPER 8 MOTEL,

        Defendant.

NO. CIV. S-04-0003 FCD PAN

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on plaintiff Jerry Doran's motion for attorneys' fees, including litigation expenses and costs, under the Americans with Disabilities Act ("ADA") and California law.[1] Plaintiff brought this suit against defendant JJ Motels dba Super 8 Motel, alleging that a number of architectural barriers he encountered at the motel violated the

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. Local Rule 78-230(h).

1

1 | ADA, 42 U.S.C. § 12101 *et seq.*, and various state laws.[2]

2 | On May 23, 2005 the court entered judgment in favor of plaintiff pursuant to the court's order of May 23, 2005, granting plaintiff's motion for summary judgment based on defendant's non-opposition thereto. (Non-Opp'n, filed May 13, 2005.)

Plaintiff now moves for attorneys' fees, including litigation expenses and costs, in the amount of $28,642.28. 42 U.S.C. § 12205. In large part, defendant does not oppose plaintiff's motion. "Defendant does not oppose the motion in so far as it seeks attorneys' fees of $8,910.00 and paralegal and legal assistant fees of $1,757.00. Further, the expert fees or costs requested of $16,231.88 are not opposed by defendant." (Kays Decl., filed Aug. 12, 2005, ¶ 3.) Thus, defendant agrees to pay $26,898.88.

Defendant objects to the remainder of the fee request on two grounds: First, some of the fees/expenses were requested in plaintiff's bill of costs and the appropriate award was made by the court. These are (1) fees of the clerk ($150.00); (2) fees for service of process ($132.00); (3) the subpoenaed documents charge ($359.00); and (4) photocopies ($107.50). Defendant is correct. These fees were previously considered and ruled upon by the court in its June 21, 2005 order on plaintiff's bill of costs and are not properly sought again here.

---

[2] Plaintiff's motion for fees was originally noticed for hearing on August 12, 2005. However, the court continued the hearing to August 26 due to defendant's failure to file a timely opposition or statement of non-opposition to the motion. (Order to Show Cause, filed August 2, 2005.)

2

1    Second, defendant objects to certain fees as unnecessary or
2 not reasonably related to preparation of the case.  Specifically,
3 defendant objects to the request for overnight mail expenses
4 ($45.10), the generic charges for flat rate on calls and faxes
5 ($50.00), the asset report ($550.00) and the preliminary site
6 inspection ($350.00).  The ADA provides for the recovery of
7 reasonable out-of-pocket litigation expenses in addition to
8 attorneys' fees.  42 U.S.C. § 12205.  Here, defendant argues that
9 overnight mail expenses were not necessary expenses for service
10 of any document in the case, and the charges for telephone calls
11 and faxes are not properly charged to defendant; the asset
12 report, defendant maintains, is a *post*-judgment collection
13 effort, and the site inspection report is duplicative of other
14 expert and attorney work already charged by plaintiff.  Plaintiff
15 did not file a reply to respond to defendant's objections, and
16 his moving papers do not describe the reasonableness of each of
17 these claimed litigation expenses (rather plaintiff only makes a
18 general request for fees for these expenses).  (Mem. of P.& A.,
19 filed June 21, 2005, at 5:18-23).  As such, the court does not
20 award fees for these expenses.
21    Accordingly, the court awards plaintiff fees in the amount
22 of $26,898.88.  The order to show cause, filed August 2, 2005, to
23 defendant's counsel is DISCHARGED based on counsel's declaration
24 ///
25 ///
26 ///
27 ///
28 ///

filed August 12.

    IT IS SO ORDERED.

DATED: August 25, 2005

                                               /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL, Jr.
                                               UNITED STATES DISTRICT JUDGE