Lynn Hubbard III, SBN 69773
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, Calif. 95926
(530) 895-3252

Attorney for Plaintiff

United States District Court

Eastern District of California

| | |
|---|---|
| Jerry Doran, | ) No. CIV.S-04-0003-FCD-CMK |
| Plaintiff, | ) |
| vs. | ) Order on Plaintiff's *Ex Parte* Application for an Amendment of this Court's Order |
| JJ Motels dba Super 8 Motel, | ) |
| Defendant. | ) |
| _____ | ) |

On December 8, 2008, plaintiff filed a motion seeking a turnover order from the Court requiring the debtor to turnover title of real property ("plaintiff's motion"). *See* Docket No. 47. Defendant never responded and on February 23, 2009, this Court granted plaintiff's motion. *See* Docket No. 49.

Attached as Exhibit E to plaintiff's motion was a description of the property plaintiff wished to have turned over (more specifically, the parking lot of the hotel that was the subject of the instant litigation,

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Assessor's Parcel Number 054-171-010-000).  Unfortunately, plaintiff mistakenly excluded a description of the second parcel (specifically, the actual hotel setting on Assessor's Parcel Number 054-171-009-000).

For the foregoing reasons and for good cause shown, this Court **GRANTS** plaintiff's *ex parte* application.  Defendant/Debtor, JJ Motels shall have twenty-one (21) days from the date of this Order to transfer title of the real property located at 140 East Hillcrest Drive, Auburn, CA, 95603-31052, Placer County Assessor's Parcel Numbers 054-171-010-000 and 054-171-009-000, to plaintiff, Jerry Doran.

Dated:  February 24, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE